GOODNOW v. WELLS ET AL.

SAME v. STRYKER ET AL.

SAME v. CHAPMAN ET AL.

SAME v. WOLCOTT ET AL.

SAME v. McALPIN ET AL.

SAME v. BROWN ET AL.

*Goodnow v. Moulton et al.*, 51 Iowa, 555, followed.

*Appeal from Webster Circuit Court.*

WEDNESDAY, SEPTEMBER 22.

ACTION in equity to recover for taxes paid and to enforce a lien therefor. Trial by the court. Judgment for defendants. Plaintiff appeals.

*George Crane* and *John Doud, Jr.*, for appellant.

*Theodore Hawley*, for appellees.

ADAMS, CH. J.——We deem it unnecessary to set out the facts in these cases.  The taxes for which a recovery is sought were paid under circumstances substantially the same as those under which the taxes were paid in *Goodnow v. Moulton*, 51 Iowa, 555.  The cases differ from that only in respect to the amount paid, and one fact now agreed upon, that the defendants were non-residents at the time of payment, and have ever since been non-residents of Iowa.  The plaintiff's right of recovery is not barred by the statute of limitations, and following *Goodnow v. Moulton*, above referred to, the judgment in the several cases must be

REVERSED.